AO 91 (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT

FILED
COURT CLERK
WESTERN DISTRICT OF KY

05 OCT -5  AM 10: 39

WESTERN DISTRICT OF KENTUCKY

UNITED STATES OF AMERICA

V.

**CRIMINAL COMPLAINT**

CASE NUMBER: 3:05 mj 319

Richard L. Stoops
Louisville, KY

I the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about August 17, 2005 in Jefferson County, in the Western District of Kentucky, RICHARD L. STOOPS, defendant herein, having been convicted of a crime punishable for a term exceeding one (1) year, to wit: RICHARD L. STOOPS was convicted on or about November 30, 1988, in the Western District of Tennessee, United States District Court, of the felony offense of Possession of Controlled Substance with Intent to Distribute and Carrying a Firearm, did knowingly possess in commerce and affecting commerce firearms and ammunition, to wit: 1). Bryco semi automatic pistol, 9mm, unknown serial number all in violation of Title 18, United States Code, Section 922(g)(1)

I further state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☑ YES  ☐ NO

x _____
Signature of Complainant

Sworn to before me and subscribed in my presence,

OCTOBER 5, 2005                    AT    Louisville, KY
Date                                        City and State

JAMES D. MOYER USMJ                    JDMoyer
Name and Title of Judicial Officer         Signature of Judicial Officer

AFFIDAVIT

I, Charley Scarber, am Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). I have been employed in this position since July 16, 2001. My duties as a Special Agent include the investigation of criminal violations of Federal firearms laws. I have been, involved in numerous investigations related to prohibited persons illegally possessing firearms. I also have eight years of law enforcement experience with the Indiana State Police including three years as a detective. While a detective I investigated felony crimes including property crimes, sex crimes, drug investigations and death investigations.

As set forth in detail below, there is probable cause to believe that Richard L. Stoops, DOB: 9-12-59, is a person who is prohibited from possessing firearms or ammunition. On or about August 17, 2005, Stoops did illegally possess a Bryco semi automatic pistol, 9mm, serial number 777763 or 7777G3. This Affidavit is based on my own knowledge, as well as the knowledge of senior agents in our office, conversations with other law enforcement officials and my review of the physical evidence described below:

Affiant queried records maintained by the Kentucky Division of Motor Vehicles and learned Richard L. Stoops resides in Louisville, KY 40216. Affiant also learned Stoops has a Felony conviction for possessing with intent to distribute a schedule 1 controlled substance on 5-26-88 and carrying a firearm during and relation to a drug trafficking crime on 11-30-88 in United States District Court Western District of Tennessee and was sentenced on 12-22-88 to 5 years and two months.

During the course of this investigation Affiant utilized an Undercover Special Agent (UCSA), whose identity has been revealed to the magistrate judge, known to Affiant as being reliable in this and in past investigations. Since 1991 UCSA has provided accurate and corroborated information to ATF agents that led to federal arrest and search warrants and subsequent convictions. The UCSA has extensive knowledge of firearms and narcotics through their involvement in prior ATF investigations.

Affiant states that on August 18, 2005, Affiant learned information from UCSA regarding Richard L. Stoops illegally possessing firearms. On August 17, 2005, the UCSA observed Stoops possess a Bryco, 9mm semi automatic pistol, 9mm serial number 777763 or 7777G3 at the Louisville, KY Outlaws clubhouse 1915 West Market St. Louisville, KY. Billy Ray Chambers, the regional enforcer for the Outlaws MC Green region arrived at the Louisville, KY clubhouse with a black gym bag that contained firearms for he and Stoops. Chambers provided the Bryco pistol to Stoops. After examining the pistol, Stoops placed it in his rear waistband.

Affiant learned on September 19, 2005, from SA George Huffman, Firearms Nexus Expert for ATF that the above-mentioned firearm was not manufactured in the state of

Kentucky and therefore if the firearm was possessed in Kentucky, the firearm would have previously traveled in and affected interstate or foreign commerce.

Based on my training, experience, and participation in the investigation of persons who are prohibited from possessing firearms, I have probable cause to believe Richard L. Stoops is a person prohibited from the possession of firearms in violation of Title 18, U.S.C., Section 922 (g) (1).

X _____
Charley A. Scarber
Special Agent
Bureau of ATF


Subscribed and sworn to before me on this 5TH day of October, 2005

_____
Signature of and title of Judicial Officer