AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Western District of Kentucky

**APPEARANCE**


FILED
OCT 1 1 2005
JEFFREY A. APPERSON, CLERK
BY _____ DEPUTY CLERK

CASE NUMBER: 3:05MJ-319

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Richard L. Stoops

I certify that I am admitted to practice in this court.

10/11/05
Date

_Signature_

Jonathan S. Ricketts   88540
Print Name   Bar Number

115 N. Watterson Trail
Address

Louisville   Ky   40243
City   State   Zip Code

(502) 244-8099   (502) 244-1743
Phone Number   Fax Number